FILED
Charlotte
Nov 21 2025
U.S. District Court
Western District of N.C.

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL
10:16 am, Nov 18 2025
WESTERN NORTH CAROLINA
CHARLOTTE

United States of America
v.
Cristobal Maltos
*Defendant*

Case No. 3:25MJ311

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Cristobal Maltos,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 111(a)- assaulting, resisting or impeding certain employees

Date: 11/18/2025

*Issuing officer's signature*

City and state: Charlotte, North Carolina

David C. Keesler, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11-18-25, and the person was arrested on *(date)* 11-17-25
at *(city and state)* Charlotte NC.

Date: 11/18/2025

*Arresting officer's signature*

Desiree Vassallo / FBI
*Printed name and title*

Case: 3:25-mj-00311-DCK-001   Document 2   Filed 11/18/2025   Page 1 of 1
Case 3:25-mj-00311-DCK   Document 11   Filed 11/21/25   Page 1 of 1